Argued and submitted September 24, reversed and remanded for reconsideration
October 22, 1997

In the Matter of the Compensation of
Ronald S. Miller, Claimant.
INTERNATIONAL PAPER COMPANY,
*Petitioner,*

*v.*

Ronald S. MILLER,
*Respondent.*
(WCB 96-03652; CA A96000)
947 P2d 1132

Paul L. Roess argued the cause for petitioner. With him on the brief was Moscato, Skopil & Hallock.

James L. Edmunson argued the cause for respondent. With him on the brief was Cole, Cary & Wing, P.C.

Before De Muñiz, Presiding Judge, Haselton, Judge, and Richardson, Senior Judge.

PER CURIAM

## PER CURIAM

Employer seeks judicial review of a Workers' Compensation Board's order adopting and affirming an order of the administrative law judge (ALJ) setting aside employer's denial of claimant's low back aggravation claim. Employer argues that the ALJ and, by extension, the Board erroneously assumed that proof of a symtomatic worsening, as opposed to a pathological worsening, of claimant's condition was sufficient to establish the statutorily required "actual worsening of the compensable condition." ORS 656.273(1).[1] We agree with employer. *SAIF v. Walker*, 145 Or App 294, 930 P2d 230 (1996), *rev allowed* 325 Or 367 (1997). This case is in the same substantive and procedural posture as *Walker*. Accordingly, we remand for the Board to apply the appropriate standard.

Reversed and remanded for reconsideration.

---

[1] ORS 656.273(1) provides, in part:

"After the last award or arrangement of compensation, an injured worker is entitled to additional compensation for worsened conditions resulting from the original injury. A worsened condition resulting from the original injury is established by medical evidence of an actual worsening of the compensable condition supported by objective findings * * *."